

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00005-CV

**IPSECURE, INC.**, and Jesse A. Rodriguez,
Appellants

v.

James E. **CARRALES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02257
Honorable Peter Sakai, Judge Presiding

# O R D E R

The appellee's motion to substitute and designation of lead counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court